E-FILED: **3/22/10**

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE TEAMSTERS MISCELLANEOUS SECURITY TRUST FUND, in their capacity as fiduciaries for the TEAMSTERS MISCELLANEOUS SECURITY TRUST FUND,<br><br>Plaintiff,<br><br>vs.<br><br>RSA SOIL PRODUCTS, INC., a California corporation, also known as RSA SUTTER ENTERPRISES,<br><br>Defendant. | CASE NO. CV09-6203 GHK (FFMx)<br><br>**HONORABLE GEORGE H. KING**<br><br>[~~Proposed~~] JUDGMENT<br><br>[Fed. R. Civ. P. 68] |

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, the offer made and accepted among the parties, and filed with the Court, is hereby entered as the Judgment of the Court.

IT IS THEREFORE ORDERED that JUDGMENT be entered in favor of TRUSTEES OF THE TEAMSTERS MISCELLANEOUS SECURITY TRUST FUND, against RSA SOIL PRODUCTS, INC., a California corporation, also known as RSA

1  SUTTER ENTERPRISES ("RSA"), for the total sum of $10,000, which will
2  be paid as follows:  RSA will pay the $10,000 over time by making
3  twelve (12) monthly installments of $350 per month beginning April 1,
4  2010.  RSA will pay the remaining balance by March 31, 2011.
5       This shall be the total amount to be paid by RSA on account of
6  any liability claimed in this action, including all costs of suit and
7  attorneys fees otherwise recoverable in this action by Plaintiff.

9  IT IS SO ORDERED.

11 Date:        3/21/10                    _____
                                            HONORABLE GEORGE H. KING
12                                          U.S. District Court Judge

- 2 -

CV 09-6203 Teamsters- Proposed Judgment.doc